# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr., <br><br> Plaintiff, <br><br> v. <br><br> KVSP ADA #1824, PANEL(S), *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00146-NONE-BAM (PC) <br><br> ORDER DENYING PLAINTIFF'S SECOND MOTION FOR SETTLEMENT CONFERENCE AND MOTION TO APPOINT COUNSEL <br><br> (ECF No. 16) |

Plaintiff Billy Driver, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion requesting that the Court set this case for a settlement conference and appoint counsel to conduct the settlement conference on his behalf, filed March 2, 2020. (ECF No. 16.)

As explained in the Court's prior order, which was originally served on February 21, 2020, and re-served on March 2, 2020, Plaintiff's request for a settlement conference is premature, and Plaintiff did not present the exceptional circumstances required for the Court to find appointment of counsel appropriate in this instance. (ECF No. 11.) As Plaintiff's renewed motion sets forth no further arguments in support of his requests, the motion is denied on the same basis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for settlement conference, (ECF No. 16), is DENIED as premature; and

2. Plaintiff's motion for counsel, (ECF No. 16), is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **March 9, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE