| | |
|---|---|
| BILLY DRIVER, Jr., | Case No. 1:20-cv-00146-NONE-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PRESS COVERAGE OF COURT PROCEEDINGS |
| v. | |
| KVSP ADA #1824, PANEL(S), *et al.*, | (ECF No. 18) |
| Defendants. | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Billy Driver, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion, apparently seeking an order to show cause why the press should not be allowed (and or) requested to cover court proceedings in the current litigation, filed March 12, 2020. (ECF No. 18.)

Plaintiff is informed that nothing in the Court's rules or any applicable order in the instant action prevents the press or media from covering the proceedings in this case. As such, the news media, including the specific publications identified in Plaintiff's motion, are free to cover this litigation. To the extent Plaintiff is requesting that the Court issue an order to the press or any specific news media organization to cover this case, the Court lacks jurisdiction to issue such an order to any individual or organization that is not a party to this action. The Court's jurisdiction is limited to the parties in this action and to the viable legal claims upon which this action is

1

proceeding.  Summers v. Earth Island Inst., 555 U.S. 488, 491−93 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

      Accordingly, Plaintiff's motion for press coverage, (ECF No. 18), is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   **March 13, 2020**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE