UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr., <br><br> Plaintiff, <br><br> v. <br><br> KVSP ADA #1824 PANEL(S), *et al.*, <br><br> Defendants. | No. 1:20-cv-00146-NONE-BAM (PC) <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER <br><br> (Doc. No. 9) |

Plaintiff Billy Driver, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on January 29, 2020.

On February 3, 2020, the assigned Magistrate Judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the $400.00 filing fee in full to proceed with this action.  (Doc. No. 7.)  Plaintiff filed objections on February 14, 2020.  (Doc. No. 8.)  On February 19, 2020, the undersigned adopted the findings and recommendations in full and ordered plaintiff to pay the $400.00 filing fee within twenty-one days.  (Doc. No. 9).  In that order, plaintiff was also warned that if he failed to pay the filing fee within the specified time, the action would be dismissed.  (*Id.* at 2.)

Pursuant to plaintiff's notices of change of address filed February 28, 2020, (Doc. Nos. 13, 14), the court re-served the order adopting the findings and recommendations on March 2,

1

1  2020.  The deadline for plaintiff to pay the filing fee was thus extended to March 26, 2020.

2  The extended deadline to pay the filing fee has expired, and plaintiff has failed to comply with the court's order.  Meanwhile, Plaintiff has filed numerous frivolous motions, (Doc. Nos. 10, 12, 16, 18), none of which indicate that he intends to pay the filing fee as required to proceed with this action.

Because plaintiff has failed to obey the court's order to pay the appropriate filing fee, this case cannot proceed.  This matter will be dismissed.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

## **ORDER**

Based on the foregoing, this action is HEREBY DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's order of February 19, 2020, (Doc. No. 9), and his failure to pay the filing fee.  The Clerk of the Court is directed to terminate all pending motions and deadlines and close this action.

IT IS SO ORDERED.

Dated:   **April 14, 2020**                                  _____
                                                              UNITED STATES DISTRICT JUDGE