# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br><br>              Plaintiff,<br><br>     v.<br><br>KVSP ADA #1824 PANEL(S),<br><br>              Defendant. | Case No.  1:20-cv-00146-DAD-BAM (PC)<br><br>ORDER DENYING REQUEST FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM IN CLOSED CASE<br><br>(ECF No. 22) |

Plaintiff Billy Driver, Jr. ("Plaintiff") is a state prisoner who proceeded *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2020, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action.  (ECF No. 7.)  Plaintiff filed objections on February 14, 2020.  (ECF No. 8.)  On February 19, 2020, the assigned District Judge adopted the findings and recommendations in full and ordered Plaintiff to pay the $400.00 filing fee.  (ECF No. 9.)  On April 15, 2020, due to Plaintiff's failure to obey the Court's order to pay the filing fee, the action was dismissed without prejudice.  (ECF No. 20.)  Judgment was entered accordingly the same date and this action was closed.  (ECF No. 21.)

///

On April 23, 2020, Plaintiff filed a form titled "Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271."  (ECF No. 22.)  Plaintiff has signed his name on the form, and has written in "Calif State Attorney General Xavier, Becerra" in the space intended for the signature of defense counsel.  (Id.)  As no defendant was ever served in this action and the case is closed, it is clear that the submission is not a stipulation from the parties requesting that this action be referred to a settlement conference.  As such, the Court construes the filing as yet another request by Plaintiff to set this case for a settlement conference.  (See ECF Nos. 10, 16.)

As noted, this action was closed on April 15, 2020, due to Plaintiff's failure to pay the required filing fee to proceed with this action.  Plaintiff has provided no argument as to why the action should be reopened, and no indication that he intends to pay the filing fee as required.  The Court can find no reason why this closed case should be referred to a settlement conference.

Accordingly, Plaintiff's request for referral to voluntary dispute resolution program, (ECF No. 22), is HEREBY DENIED.  This action remains closed.  Plaintiff is warned that further filings of this nature to this closed action may be stricken or returned without further notice.

IT IS SO ORDERED.

Dated:   **April 24, 2020**              /s/ Barbara A. McAuliffe            _
                                          UNITED STATES MAGISTRATE JUDGE